UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:14-cr-115 |
| vs. | ) | |
| | ) | |
| BENNIE MELTON | ) | MATTICE/CARTER |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on March 10, 2015 and March 12, 2015, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. At that hearing, the defendant requested time to prepare for a preliminary hearing and detention hearing that was scheduled for March 12, 2015. Those present for the March 12, 2015, hearing included:

(1) An Assistant United States Attorney for the Government.
(2) The defendant.
(3) Attorney Hallie McFadden for defendant.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined defendant had been provided with a copy of the Petition for Action on Conditions of Pretrial Release and had the opportunity of reviewing those documents with his attorney.

AUSA Chris Poole called U.S. Probation Officer Candace Lindsey, who testified that the defendant violated his conditions of release by failing to comply with his location monitoring schedule. The defendant also testified and explained the reason for some of the violations. However, there were multiple occasions where the defendant failed to abide by his conditions. Based on the testimony, I conclude the defendant failed to abide by his conditions of release. Therefore, the defendant must be DETAINED without bond.

ENTER.

S/*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE